# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARGARITO SERRANO-LOPEZ, et al.,

      Plaintiff,

vs.

KERT LEE BEYNON, *et al.,*

      Defendants.

Case No.  2:14-cv-00871-JCM-GWF

**ORDER**

Motion to Withdraw as Counsel - #20

      This matter comes before the Court on Ryan M. Anderson and Jacqueline R. Bretell's Motion to Withdraw as Counsel for Plaintiff Fernando Pena-Loza Only (#20), filed on September 11, 2014.

      Ms. Bretell represents that the Plaintiff has different views regarding the underlying claim and she is unable to adequately represent him because of those differences.  There has also been a breakdown in the attorney-client relationship and communication between attorney and client.  Local Rule IA 10-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."  The Court finds that the movant substantially establishes good cause for the withdrawal.  Accordingly,

      **IT IS HEREBY ORDERED** that  Ryan M. Anderson and Jacqueline R. Bretell's Motion to Withdraw as Counsel (#20) for Plaintiff Fernando Pena-Loza is **granted**.  Attorneys Ryan M. Anderson and Jacqueline R. Bretell are hereby withdrawn as counsel for Plaintiff Fernando Pena-Loza.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Plaintiff Fernando Pena-Loza's last known address to the civil docket in this case:

>   3700 E. Bonanza Road
>   Apartment 1202
>   Las Vegas, Nevada, 89110

**IT IS FURTHER ORDERED** that the Clerk of the Court shall deliver a copy of this Order to the Plaintiff at the above-listed address.

**IT IS FURTHER ORDERED** that Plaintiff Fernando Pena-Loza shall advise the Court within 14 days of the filing of this order whether he intends to retain new counsel. Otherwise, the Court will infer that he intends to represent himself.

**IT IS FURTHER ORDERED** that henceforth Plaintiff Fernando Pena-Loza shall serve upon the parties, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk which fails to include a certificate of service.

DATED this 26th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge