# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARGARITO SERRANO-LOPEZ, et al.,

        Plaintiff,

vs.

KERT LEE BEYNON, *et al.,*

        Defendants.

Case No. 2:14-cv-00871-JCM-GWF

**ORDER**

Motion to Withdraw - #27

    This matter is before the Court on Ryan M. Anderson and Jacqueline R. Bretell's Motion to Withdraw as Counsel for Plaintiff Margarito Serrano-Lopez and Anareli Perez-Rodriguez (#27), filed on October 21, 2014. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that Ryan M. Anderson and Jacqueline R. Bretell's Motion to Withdraw as Counsel for Plaintiffs Margarito Serrano-Lopez and Anareli Perez-Rodriguez (#27) is **granted**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Margarito Serrano-Lopez and Anareli Perez-Rodriguez to the civil docket:

    Margarito Serrano-Lopez
    5637 Tahoe Drive
    Las Vegas, Nevada, 89142

    **AND**

    Anareli Perez-Rodriguez
    5637 Tahoe Drive
    Las Vegas, Nevada, 89142

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Margarito Serrano-Lopez and Anareli Perez-Rodriguez with a copy of this order at their last known addresses listed above.

DATED this 12th day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge